JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SALVADOR BECERRA, JR.,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITTER, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 13-1617 CJC (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: July 2, 2014

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE